**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: Apointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual, | Case No.: 2:22-cv-00208-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO GRANT PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF FAIRFIELD, et al. | |
| Defendants. | |

WHEREAS, Plaintiff filed his Complaint on January 31, 2022 (ECF 1).

WHEREAS, Plaintiff served Defendants on February 3, 2022. (ECF 5-6).

WHEREAS, the parties met and conferred regarding a potential Rule 12 (b)(6) motion in

compliance with this Court's Order.

WHEREAS, the parties agreed to resolve the outstanding disputes by way of an amended Complaint.

WHEREAS, the parties jointly REQUEST and STIPULATE TO that the Court GRANT Plaintiff leave to file a First Amended Complaint, to which Defendants will have 30 days from the date the First Amended Complaint is filed to file their responsive pleading.

Date: **February 24, 2022**               Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

Date: **February 24, 2022**               Respectfully submitted,

**CITY OF FAIRFIELD**

/s/ Richard W. Osman
RICHARD W. OSMAN
JOANNE TRAN
COUNSEL FOR DEFENDANTS

IT IS SO ORDERED.

Date:  February 24, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE