**MELISSA C. NOLD, ESQ., SBN 301378**
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, CA 94590
(707)-644-4004
melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; KENNAN SIEVERS, in his individual capacity as a law enforcement officer for the CITY OF FAIRFIELD; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:22-cv-00208-JAM-JDP<br><br>**STIPULATION AND ORDER TO GRANT PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT AND DISMISS DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUIDICE** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on March 30, 2022, Plaintiff filed his First Amended Complaint. (ECF No. 10).

WHEREAS, on April 29, 2022, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 11).

WHEREAS, the Parties have met and conferred regarding the Defendants' Motion to Dismiss and have agreed that Plaintiff will file an amended complaint (hereinafter, "Second Amended Complaint") removing the cause of action brought under the Fourteenth Amendment.

WHEREAS, Plaintiff has attached a redlined version of the Second Amended Complaint as an exhibit to this filing.

WHEREAS, Plaintiff's Second Amended Complaint renders the Defendants' Motion to Dismiss (ECF No. 11) moot.

WHEREAS, the Parties STIPULATE TO and JOINTLY request that this Court grant Plaintiffs leave to file the Second Amended Complaint and Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is withdrawn without prejudice.

After the filing of the Plaintiff's Second Amended Complaint, Defendants will have 30 days to file their responsive pleading

IT IS SO AGREED.

Dated: May 13, 2022         /s/ Ty Clarke
                            Ty Clarke
                            Attorney for Plaintiff

Dated: May 13, 2022         /s/ Rich Osman (Auth: 5-13-2022)
                            Richard W. Osman
                            Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  May 13, 2022              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE