**MELISSA C. NOLD, ESQ., SBN 301378**
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, CA 94590
(707)-644-4004
melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; KENNAN SIEVERS, in his individual capacity as a law enforcement officer for the CITY OF FAIRFIELD; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | Case No.: 2:22-cv-00208-JAM-JDP<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Court issued a pretrial scheduling order on July 08, 2022. (ECF No. 18).

WHEREAS, the Parties are in the midst of discovery and will be taking depositions throughout the month of June.

WHEREAS, the Parties do not believe that the current expert disclosure date will give their respective experts sufficient time to review depositions transcripts before preparing their expert reports.

WHEREAS, the Parties believe that a modification of the expert discovery deadlines will resolve this issue without impacting the other deadlines in the case.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (ECF NO. 18) be amended accordingly:

| | | | |
|---|---|---|---|
| Expert Discovery: | | ~~6/30/2023~~ | 7/31/2023 |
| Rebuttal Expert Disclosure: | | ~~7/28/2023~~ | 8/28/2023 |

IT IS SO AGREED.

Dated: June 14, 2023        /s/ Ty Clarke
                            Ty Clarke
                            Attorney for Plaintiff

Dated: June 14, 2023        /s/ Richard W. Osman
                            Richard W. Osman
                            Attorney for Defendants

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

Expert Discovery:  **7/31/2023**

Rebuttal Expert Disclosure:  **8/28/2023**

All other dates contained in the June 08, 2022, Pretrial Scheduling Order shall remain in effect. Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in the Pretrial Scheduling Order and in this order.

**IT IS SO ORDERED.**

Dated: June 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE