**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, et al.<br><br>Defendants. | Case: 2:22-cv-00208-JAM-JDP<br><br>**STIPULATION AND ORDER TO REFER MATTER TO SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the Parties have conferred and agreed that they wish to conduct a settlement conference in hopes of resolving the pending litigation.

WHEREAS, the Parties agree that they wish to conduct the settlement conference with Judge Kendall Newman.

WHEREAS, the Parties reached out to Judge Newman's chambers for settlement conference availability and were informed that he is available on August 11, 2023, which is an agreeable date for the Parties.

WHEAREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court **REFER** this matter to a settlement conference with Judge Newman for **August 11, 2023**, **at 09:00 a.m**.

IT IS SO AGREED.

Dated: July 11, 2023          /s/ Ty Clarke
                              Ty Clarke
                              Attorney for Plaintiff

Dated: July 11, 2023          /s/ Richard Osman
                              Richard Osman
                              Attorney for Defendants

**IT IS SO ORDERED.**

Dated: July 12, 2023          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE