Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
Bianca A. Garcia, State Bar No. 333773
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
            scrawford@bfesf.com
            bgarcia@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD
and KENNAN SIEVERS

Adante D. Pointer Esq., SBN 236229
Patrick M. Buelna, Esq., SBN 317043
POINTER & BUELNA, LLP
155 Filbert Street, Suite 208
Oakland, California 94607
Telephone: (510) 929-5400
Email: apointer@lawyersftp.com
             pbuelna@lawyersftp.com

Melissa Nold, Esq., SBN 301378
Nold Law
521 Georgia Street
Vallejo, CA 94590
Telephone: 707-644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff
COREY REITMEIER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, et al.<br><br>        Defendants. | Case No. 2:22-cv-00208-JAM-JPD<br><br><br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that the Pretrial Schedule in this matter be modified as detailed below to accommodate the Parties' attempts to resolve this matter.

WHEREAS, on July 8, 2022, United States District Judge issued the pretrial scheduling order in this matter.  (Dkt. No. 18);

WHEREAS, on June 14, 2023, the Parties filed a stipulation to amend this Court's expert

discovery deadlines (Dkt. No. 22);

WHEREAS, on July 11, 2023, the Parties further filed a stipulation requesting a referral to Magistrate Judge Newman's for a settlement conference on August 11, 2023.  (Dkt. No. 24);

WHEREAS, on July 11, 2023, this Court referred the Parties to a settlement conference with Judge Newman for August 11, 2023 at 9:00 a.m.  (Dkt. No. 25);

WHEREAS the Parties wish to minimize attorneys' fees and costs while engaging in the settlement process; and

WHEREAS, the requested modifications will not otherwise impact the trial date.

**STIPULATION**

NOW, THEREFORE, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's modified scheduling order (Dkt. No 23) be amended accordingly:

| | | |
|---|---|---|
| Expert Disclosures: | ~~7/31/2023~~ | 8/31/2023 |
| Disclosure of Rebuttal Experts: | ~~8/28/2023~~ | 9/15/2023 |
| Discovery Cutoff: | ~~8/31/2023~~ | 9/29/2023 |

Dated:  July 13, 2023                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Richard W. Osman*
      Richard W. Osman
      Sheila D. Crawford
      Bianca A. Garcia
      Attorneys for Defendants
      COUNSEL FOR DEFENDANTS

Dated:  July 13, 2023                    POINTER & BUELNA, LLP
                                         LAWYERS FOR THE PEOPLE


By:   */s/ Ty Clarke*
      Adante D. Pointer, Esq.
      Patrick M. Buelna, Esq.
      Melissa Nold, Esq.
      Ty Clarke, Esq.
      COUNSEL FOR PLAINTIFF

## <u>ELECTRONIC CASE FILING ATTESTATION</u>

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.


Dated: July 13, 2023                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                         */s/ Richard W. Osman*
                                        Richard W. Osman

STIPULATION TO CONTINUE PRETRIAL DEADLINES
*Case No.: 2:22-cv-00208-JAM-JPD*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The pre-trial deadlines are **CONTINUED** as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | 7/31/2023 | **8/31/2023** |
| Joint Statement Re Law and Motion Practice | 8/17/2023 | No Change |
| Supplemental Disclosures | 8/28/2023 | No Change |
| Disclosure of Rebuttal Experts | 8/28/2023 | **9/15/2023** |
| Discovery Cutoff | 8/31/2023 | **9/29/2023** |
| Plaintiff's Opening MSJ Brief | 9/15/2023 | No Change |
| L/D to file MSJ | 9/29/2023 | No Change |
| Defendant's Opposition & Cross MSJ | 11/7/2023 | No Change |
| Plaintiff's Reply and Opposition Re MSJ | 11/21/2023 | No Change |
| Defendant's MSJ Reply | 11/28/2023 | No Change |
| MSJ Hearing | 12/5/2023 | No Change |
| Pretrial Conference Statement | 1/12/2024 | No Change |
| Final Pretrial Conference | **1/19/2024, at 10:00 a.m.** | No Change |
| Jury Trial | **3/4/2024, at 09:00 a.m.** | No Change |

Counsel **SHALL** contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, <u>prior</u> to filing a stipulation and proposed order to continue the dates set forth in this order.

Dated: July 17, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE