Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Bianca A. Garcia, State Bar No. 333773
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
     scrawford@bfesf.com
     bgarcia@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD
and KENNAN SIEVERS

Adante D. Pointer Esq., SBN 236229
Patrick M. Buelna, Esq., SBN 317043
POINTER & BUELNA, LLP
155 Filbert Street, Suite 208
Oakland, California 94607
Telephone: (510) 929-5400
Email: apointer@lawyersftp.com
     pbuelna@lawyersftp.com

Melissa Nold, Esq., SBN 301378
Nold Law
521 Georgia Street
Vallejo, CA 94590
Telephone: 707-644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff
COREY REITMEIER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY REITMEIER, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, et al.<br><br>    Defendants. | Case No. 2:22-cv-00208-JAM-JPD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for COREY REITMEIER and defendants CITY OF FAIRFIELD and KENNAN SIEVERS, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with

prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  November 30, 2023             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                By:   */s/ Richard W. Osman*
                                                      Richard W. Osman
                                                      Sheila D. Crawford
                                                      Bianca A. Garcia
                                                      Attorneys for Defendants
                                                      COUNSEL FOR DEFENDANTS

Dated:  November 30, 2023             POINTER & BUELNA, LLP
                                                       LAWYERS FOR THE PEOPLE

                                                By:   */s/ Ty Clarke*
                                                       Adante D. Pointer, Esq.
                                                      Patrick M. Buelna, Esq.
                                                      Melissa Nold, Esq.
                                                      Ty Clarke, Esq.
                                                      COUNSEL FOR PLAINTIFF

## ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: November 30, 2023             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                              */s/ Richard W. Osman*
                                             Richard W. Osman

# ORDER

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be **DISMISSED**, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 30, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE